THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MARINO, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted June 12, 1944; decided June 14, 1944.

*James Marino,* in person, for motion.

No one opposed.

Motion for leave to appeal denied on the ground that no appeal lies to this court from the order.

Motion to prosecute appeal as a poor person dismissed.